CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-23-123 EJD 4 |
|     Plaintiff, | ) |
| | ) STIPULATION TO SET NEW STATUS |
|     v. | ) CONFERENCE DATE AND EXCLUDE TIME |
| | ) AND [PROPOSED] ORDER |
| RICHARD IZQUIERDO, | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

Through this stipulation, counsel for the government and counsel for Defendant Richard Izquierdo jointly request a brief continuance of the June 8, 2026 status conference so that the parties may finalize the terms of a plea agreement.

By way of background, Mr. Izquierdo made his initial appearance in magistrate court on October 30, 2023. *See* Dkt. 44. At the last calling of the case, the Court set the matter for a status conference on June 8, 2026. Time has been excluded through that date to allow defense counsel to review the voluminous discovery and to discuss potential case resolutions with the government.

The parties now believe they are close to finalizing a plea agreement but require additional time to complete their review of the applicable discovery and finalize the agreement's terms. The Courtroom

STIP. TO EXCLUDE TIME AND [PROP.] ORDER
Case No. CR-23-123 EJD                                            v. 7/10/2018

Deputy has indicated that July 27, 2026 is available for a future change-of-plea hearing.  Accordingly, the parties respectfully request that the June 8, 2026 status conference be continued to July 27, 2026 for a change of plea.

Additionally, the parties are requesting an exclusion of time to July 27, 2026 for effective preparation of counsel so that the parties can continue to work towards a potential resolution and counsel can review the items that have been produced.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the ends of justice served by excluding the time from June 8, 2026 through July 27, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 1, 2026

_____/s/_____
CHARLES F. BISESTO
Assistant United States Attorney

DATED: June 1, 2026

_____/s/_____
PETER LEEMING
Counsel for Defendant Richard Izquierdo

**[PROPOSED]** **ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the matter should be continued to July 27, 2026.  The Court also finds that failing to exclude the time from June 8, 2026 through July 27, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 8, 2026 through July 27, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 8, 2026 through July 27, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court hereby continues this matter to July 27, 2026 at 1:30 p.m. for a change of plea hearing.

IT IS SO ORDERED.

DATED:   June 3, 2026

Hon. Edward J. Davila
United States Senior District Judge